IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

v.  **CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

### ORDER

For reasons appearing to this Court, the **pretrial conference** in this matter is **RESCHEDULED** to **Thursday, October 23, 2025, at 2:00 p.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to mail a copy to the *pro se* defendant.

**DATED**: October 20, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE