### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                  **CRIM. ACTION NO. 5:25-CR-34**
                                                         Judge Bailey

**PAUL J. HARRIS**,

      Defendant.

### ORDER OF PARTIAL SEQUESTRATION

Due to the lack of availability and inaccessibility of restaurants in the area and in the interests of judicial economy, this Court hereby **ORDERS** that the jury in the above-styled criminal case be sequestered from the time they report to the jury room each day until released by the Court at the end of the day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further Order of the Court. The jury trial is scheduled to begin on **Monday, November 3, 2025, at 9:00 a.m.**

Pursuant to this Order, while the jury is kept together and not allowed to separate, the Clerk of this District shall provide the members of the jury with meals during court recesses pursuant to 28 U.S.C. § 1871(e). The Court Security Officers will deliver the food as ordered by said jurors.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to mail a copy to the *pro se* defendant.

**DATED**: October 20, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE