IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                       **CRIM. ACT. NO. 5:25-CR-34**
                                             Judge Bailey

**PAUL J. HARRIS,**

      Defendant.

### ORDER

Pending before this Court is the United States' Motion for Leave to File United States' Response to Court's Order and its Attachments Under Seal [Doc. 105], filed October 29, 2025. Therein, the Government requests its Response to this Court's October 27, 2025 Order [Doc. 100] and the Response's attachments be filed under seal due to their contents. [Doc. 105 at 1].

The Motion [**Doc. 105**] is **GRANTED**. The Clerk is **DIRECTED** to **FILE UNDER SEAL** the United States' Response to Court's Order and the Response's attachments [Doc. 105-2].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to provide a copy to the *pro se* defendant through the CM/ECF system.

**DATED**: October 29, 2025.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE