**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

FILED
NOV 1 3 2025
U.S. DISTRICT COURT
WHEELING, WV 26003

## VERDICT
### (Count One)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count One, Mail Fraud, on or about December 28, 2020, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, the case file of CLIENT-2 and mailed to the attorney of CLIENT-2; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                          **CRIM. ACT. NO. 5:25-CR-34**
                                            Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT
(Count Two)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Two, Mail Fraud, on or about March 19, 2021, in Ohio County, in the

Northern District of West Virginia, having devised and intended to devise a scheme and

artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and

cause to be delivered by mail according to the direction thereon, a check of $200,000 from

an insurance company made payable to Paul J. Harris and CLIENT-3 and mailed to Paul

J. Harris; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

            Plaintiff,

      v.                                **CRIM. ACT. NO. 5:25-CR-34**
                                        Judge Bailey

**PAUL J. HARRIS,**

            Defendant.

**VERDICT**
**(Count Three)**

        We, the jury, for the verdict in the above-styled criminal action state as follows:

        As to Count Three, Mail Fraud, on or about November 23, 2022, in Ohio County, in

the Northern District of West Virginia, having devised and intended to devise a scheme and

artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and

cause to be delivered by mail according to the direction thereon, a check of $1,000,000

from the civil action defendant made payable to CLIENT-4 and mailed to Paul J. Harris; in

violation of Title 18, United States Code, Section 1341.

        We, the jury, find that the defendant, PAUL J. HARRIS, is

        GUILTY ___✓___                          NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Four)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Four, Mail Fraud, on or about January 23, 2023, in Ohio County, in the

Northern District of West Virginia, having devised and intended to devise a scheme and

artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and

cause to be delivered by mail according to the direction thereon, a check of $45,718.65

made payable to the United States Treasury for the taxes of the daughter of CLIENT-3

mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section

1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                    **CRIM. ACT. NO. 5:25-CR-34**
                                                     Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT**
**(Count Five)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Five, Mail Fraud, on or about January 24, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $26,208.19 made payable to the United States Treasury for the taxes of the daughter of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ____✓____                          NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Six)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Six, Mail Fraud, on or about January 24, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $22,287.14 made payable to the United States Treasury for the taxes of the daughter of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT**
**(Count Seven)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Seven, Mail Fraud, on or about January 24, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $20,503.51 made payable to the United States Treasury for the taxes of the daughter of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
## (Count Eight)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Eight, Mail Fraud, on or about January 24, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $23,935.11 made payable to the United States Treasury for the taxes of the daughter of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ____✓____                    NOT GUILTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

UNITED STATES OF AMERICA,

Plaintiff,

v.                                        **CRIM. ACT. NO. 5:25-CR-34**
                                          Judge Bailey

PAUL J. HARRIS,

Defendant.

## VERDICT
### (Count Nine)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Nine, Mail Fraud, on or about January 27, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $30,442.59 made payable to the United States Treasury for the taxes of the daughter of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓_____                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Ten)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Ten, Mail Fraud, on or about March 7, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $54,488.55 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓____                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Eleven)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Eleven, Mail Fraud, on or about March 7, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $49,046.90 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓__                    NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

### VERDICT
### (Count Twelve)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twelve, Mail Fraud, on or about March 8, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $65,520.18 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓__                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Thirteen)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Thirteen, Mail Fraud, on or about March 9, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $66,072.53 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

                    Plaintiff,

         v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                               Judge Bailey

**PAUL J. HARRIS,**

                    Defendant.

**VERDICT**
**(Count Fourteen)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Fourteen, Mail Fraud, on or about March 10, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $66,359.48 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                         NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                              **CRIM. ACT. NO. 5:25-CR-34**
                                                Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Fifteen)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Fifteen, Mail Fraud, on or about March 16, 2023, in Ohio County, in the

Northern District of West Virginia, having devised and intended to devise a scheme and

artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and

cause to be delivered by mail according to the direction thereon, a check of $60,276.55

made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the

Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                        NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
## (Count Sixteen)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Sixteen, Mail Fraud, on or about March 29, 2023, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly deliver and cause to be delivered by mail according to the direction thereon, a check of $77,652.86 made payable to the United States Treasury for the taxes of CLIENT-3 and mailed to the Internal Revenue Service; in violation of Title 18, United States Code, Section 1341.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT
(Count Seventeen)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Seventeen, Wire Fraud, on or about November 30, 2020, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, a wire of $300,000 from CLIENT-3 to Paul J. Harris' IOLTA account, which involved a wire that originated outside the State of West Virginia and terminated in Wheeling, West Virginia; in violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

PAUL J. HARRIS,

        Defendant.

## VERDICT
### (Count Eighteen)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Eighteen, Wire Fraud, on or about December 14, 2020, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, an Automated Clearing House disbursement of $6,800 from his law firm operating account to a personal credit card account, which involved a wire that originated in Wheeling, West Virginia, and traveled outside the State of West Virginia; in violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓____             NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
## (Count Nineteen)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Nineteen, Wire Fraud, on or about April 14, 2021, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, a wire of $611,581.04 from CLIENT-3 to Paul J. Harris' IOLTA account, which involved a wire that originated outside the State of West Virginia and terminated in Wheeling, West Virginia; in violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                        **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

## VERDICT
## (Count Twenty)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty, Wire Fraud, on or about April 19, 2021, in Ohio County, in the

Northern District of West Virginia, having devised and intended to devise a scheme and

artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly transmit

and cause to be transmitted in interstate and foreign commerce, by means of wire

communications, an Automated Clearing House disbursement of $25,000 from his law firm

operating account to a brokerage account in his name, which involved a wire that

originated in Wheeling, West Virginia, and traveled outside the State of West Virginia; in

violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___              NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

        **CRIM. ACT. NO. 5:25-CR-34**
        Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

**VERDICT**
**(Count Twenty-One)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-One, Wire Fraud, on or about May 27, 2021, in Ohio County, in the Northern District of West Virginia, having devised and intended to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, an Automated Clearing House disbursement of $35,000 from his law firm operating account to a digital currency exchange account in his name, which involved a wire that originated in Wheeling, West Virginia, and traveled outside the State of West Virginia; in violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓___                 NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
### (Count Twenty-Two)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Two, Wire Fraud, on or about June 16, 2021, in Ohio County,

in the Northern District of West Virginia, having devised and intended to devise a scheme

and artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly transmit

and cause to be transmitted in interstate and foreign commerce, by means of wire

communications, an email of a letter to the son of CLIENT-3 regarding the filing of tax

returns, which involved a wire that originated in Wheeling, West Virginia, and traveled

outside the State of West Virginia; in violation of Title 18, United States Code, Section

1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

### VERDICT
### (Count Twenty-Three)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Three, Wire Fraud, on or about July 19, 2021, in Ohio County,

in the Northern District of West Virginia, having devised and intended to devise a scheme

and artifice to defraud and obtain money from clients by means of materially false and

fraudulent pretenses, representations, and promises, and for the purpose of executing the

scheme and artifice to defraud and obtain money from his clients, did knowingly transmit

and cause to be transmitted in interstate and foreign commerce, by means of wire

communications, an email to the son of CLIENT-3 regarding the child support

delinquencies, which involved a wire that originated in Wheeling, West Virginia, and

traveled outside the State of West Virginia; in violation of Title 18, United States Code,

Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                        NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                        **CRIM. ACT. NO. 5:25-CR-34**
                                     Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

**VERDICT**
**(Count Twenty-Four)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Four, Wire Fraud, on or about July 22, 2021, in Ohio County, in the Northern District of West Virginia, having devised and intending to devise a scheme and artifice to defraud and obtain money from clients by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and obtain money from his clients, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, an email to the son of CLIENT-3 regarding an accounting of CLIENT-3's money, which involved a wire that originated in Wheeling, West Virginia, and traveled outside the State of West Virginia; in violation of Title 18, United States Code, Section 1343.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                      Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT
(Count Twenty-Five)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Five, Unlawful Monetary Transactions, on or about April 19, 2021, in Ohio County, in the Northern District of West Virginia, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, a transfer of $25,000 from his law firm operating account to a brokerage account in his name by Automated Clearing House disbursement, such funds being derived from wire fraud; in violation of Title 18, United States Code, Section 1957.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT
(Count Twenty-Six)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Six, Unlawful Monetary Transactions, on or about April 22, 2021, in Ohio County, in the Northern District of West Virginia, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, a transfer of $30,000 to J.W. by check written on his law firm operating account, such funds being derived from wire fraud; in violation of Title 18, United States Code, Section 1957.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY __✓____                    NOT GUILTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          **CRIM. ACT. NO. 5:25-CR-34**
                                            Judge Bailey

PAUL J. HARRIS,

Defendant.

## VERDICT
### (Count Twenty-Seven)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Seven, Unlawful Monetary Transactions, on or about April 26, 2021, in Ohio County, in the Northern District of West Virginia, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, a transfer of approximately $53,000 from his law firm operating account to the account for the loan on the property comprising his law firm, such funds being derived from wire fraud; in violation of Title 18, United States Code, Section 1957.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY _____✓_____                    NOT GUILTY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CRIM. ACT. NO. 5:25-CR-34**
Judge Bailey

**PAUL J. HARRIS,**

Defendant.

**VERDICT
(Count Twenty-Eight)**

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Eight, Unlawful Monetary Transactions, on or about April 30,

2021, in Ohio County, in the Northern District of West Virginia, did knowingly engage in a

monetary transaction through and to a financial institution, affecting interstate commerce,

in criminally derived property of a value greater than $10,000, that is, a transfer of

approximately $28,000 to a local school by check written on his law firm operating account,

such funds being derived from wire fraud; in violation of Title 18, United States Code,

Section 1957.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                        **CRIM. ACT. NO. 5:25-CR-34**
                                          Judge Bailey

**PAUL J. HARRIS,**

Defendant.

## VERDICT
## (Count Twenty-Nine)

We, the jury, for the verdict in the above-styled criminal action state as follows:

As to Count Twenty-Nine, Unlawful Monetary Transactions, on or about May 27, 2021, in Ohio County, in the Northern District of West Virginia, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, a transfer of $35,000 from his law firm operating account to a digital currency exchange account in his name by Automated Clearing House disbursement, such funds being derived from wire fraud; in violation of Title 18, United States Code, Section 1957.

We, the jury, find that the defendant, PAUL J. HARRIS, is

GUILTY ___✓___                    NOT GUILTY _____

DATED: 11-13-25

                              Foreperson ✍