IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                        Criminal No. 5:25CR34

PAUL J. HARRIS,

      Defendant.

**Motion of the United States for
Entry of Preliminary Order of Forfeiture
Initiating the Ancillary Proceeding
For Third-Parties To Contest Forfeiture**

The United States requests the Court to enter a preliminary order of forfeiture. In support of this motion, the United States asserts:

1. Rule 32.2(b)(1)(A) mandates the entry of a preliminary order of forfeiture after a verdict of guilty on any count in an Indictment regarding which criminal forfeiture is sought. One of the purposes of a preliminary order of forfeiture is to enable third parties to assert an interest in specific property. *U.S. v. Yeje-Cabrera*, 430 F.3d 1, 15 (1st Cir. 2005) ("third persons with an interest in the property subject to forfeiture must . . . wait to petition the court to begin ancillary proceedings until the forfeiture order has been entered"). We show below that this case includes property subject to forfeiture.

2. On September 16, 2025, the grand jury returned an Indictment charging that the defendant violated, among other violations, Title 18, United States Code, Section 1957. The Forfeiture Allegation in the Indictment contains notice to the defendant that the government intends to forfeit property in this criminal case.

3. Title 18, United States Code, Sections 982(a)(1) and 1956 mandate forfeiture of any property, real or personal, involved in the money laundering offense of conviction, and any property traceable to such property.

4. On November 13, 2025, the defendant was convicted on all five counts of violating Title 18, United States Code, Section 1957.

5. The jury, through a Special Verdict Form (Doc. 139), established the requisite nexus between the offenses of conviction and the following property: 15th Eoff St / 32 15th St/ 36 15th St., Ohio County, West Virginia [CATS ID 25-FBI-003862], more fully described as follows:

TRACT I:

Situated in the City of Wheeling, and in the part thereof called Graham's Addition, being the lot lying at the southeast corner of Center (now Fifteenth) Street and Fifth (now Eoff) Street, and designated on the plat of said Addition by the number fifteen (15); together with all and singular the hereditaments and appurtenances, rights, privileges and easements belonging to or appertaining thereto or heretofore usually held, used or enjoyed with the above granted premises.

Being the same property conveyed to Elks Club by Hopkins Motor Company by deed dated November 30, 1928 and recorded in the office of the clerk of the County Court of Ohio County in Deed Book 216, Page 15.

TRACT II:

All of that certain piece or parcel of ground situate lying and being in the City of Wheeling, County of Ohio and State of West Virginia, and more fully described as Lot Numbered Eighteen (18) in Graham's Addition to the City of Wheeling, situate on the South side of Fifteenth Street, near the corner of Eoff Street, together with all and singular the buildings and improvements thereon and hereditaments thereto belonging.

Being the same property conveyed to Elks Club by Louis Whit and Bertha Whit by deed dated September 28, 1902 and recorded in the office of the clerk of the County Court of Ohio County in Deed Book 109, Page 522.

TRACT III:

Situate in the City of Wheeling, County of Ohio and State of West Virginia, and being the west half of Lot Numbered Twenty-One (21) in Michael Graham's Addition to said City of Wheeling, together with any surplus that may belong to said half lot, and all

improvements thereon; excepting and reserving from the property above described, that part thereof which was conveyed by Benjamin S. Allison and Gertrude Allison, his wife, to P. J. Greene, by deed dated January 11, 1900, and recorded in the office of the Clerk of the County Court of Ohio County, in Deed Book 207, Page 238.

Being the same property conveyed to Elks Cub by Margaret V. Farrell by deed dated November 23, 1926 and recorded in the office of the Clerk of the County Court of Ohio County in Deed Book 207, Page 238.

Property Deed: Book 758, Page 335.
Instrument No: 1612168
Recorded April 4, 2005
The property is presently deeded to Paul Harris.

6. On September 23, 2025, this Court entered a Post-Indictment Protective Order on above-described real property. The protective order shall remain in place until final disposition of the real property.

                Respectfully submitted,

                MATTHEW L. HARVEY
                United States Attorney

By:   /s/ Morgan S. McKee
       Morgan S. McKee
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2025, I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record, and served a copy on the defendant via email, to Defendant Harris at harrislawofficeswhg@gmail.com, on the same date.

        MATTHEW L. HARVEY
        United States Attorney

By:   /s/ Morgan S. McKee
       Morgan S. McKee
       Assistant United States Attorney
       United States Attorney's Office
       1125 Chapline Street, Suite 3000
       Wheeling, WV 26003
       Phone: (304) 234-0100