IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

UNITED STATES OF AMERICA,

v.   Criminal Action No. 5:25-CR-34
(BAILEY)

PAUL J. HARRIS,

Defendant.

**UNITED STATES' SUPPLEMENTAL EXHIBIT TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL PURSUANT TO *NAPUE V. ILLINOIS* AND RULE 33(b)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Now comes the United States of America, by Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas and Jennifer T. Conklin, Assistant United States Attorneys for said District, and hereby files a supplemental exhibit to its response in opposition to the defendant's Motion for New Trial Pursuant to Napue v. Illinois and Rule 33(b)(1) of the Federal Rules of Criminal Procedure [Doc. 170], docketed on January 20, 2026, and supplemented on January 22, 2026 [Doc. 171], specifically the attached affidavit of Federal Bureau of Investigation Special Agent Michael Torbic.[1]

                                            Respectfully submitted,

                                            MATTHEW L. HARVEY
                                            UNITED STATES ATTORNEY

---

[1] The government had previously intended to offer to call Special Agent Torbic as a witness at any hearing on this motion. However, Special Agent Torbic is not available to attend the hearing the Court scheduled for February 25, 2026, due personal travel arranged prior to the scheduling of the hearing.

        By:    <u>/s/ Jarod J. Douglas</u>
               Jarod J. Douglas
               Assistant United States Attorney

And

               <u>/s/ Jennifer T. Conklin</u>
               Jennifer T. Conklin
               Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on February 18, 2026, the foregoing UNITED STATES' SUPPLEMENTAL EXHIBIT TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL PURSUANT TO NAPUE V. ILLINOIS AND RULE 33(b)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE was filed with the Clerk of the Court via the CM/ECF system, which was further served on the defendant via email to harrislawofficeswhg@gmail.com.

                                              By: /s/ Jarod J. Douglas
                                                     Jarod J. Douglas
                                                     Assistant United States Attorney