IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

UNITED STATES OF AMERICA,

v.  Criminal Action No. 5:25-CR-34
(BAILEY)

PAUL J. HARRIS,

        Defendant.

### AFFIDAVIT

I, Michael Torbic, being duly sworn, depose and state:

1. I reside in the United States of America.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2016. In January 2022, I was assigned to the Wheeling Resident Office.

3. In May 2022, I met with Travis Carr in relation to his complaint against Paul Harris. During this meeting, he provided me with a large stack of paper documents. I incorporated those documents into the FBI record system, and those records were made part of the investigative file. Those paper documents included text messages between Travis Carr and Anastasia Nixon from June 4, 2021, through May 5, 2022.

4. Travis Carr never provided me, or anyone involved with the investigation, with Anastasia Nixon's iCloud account information, or a copy of her iCloud account. Travis Carr never provided me, or anyone involved with the investigation, with a copy of his iCloud account.

5. I never obtained a search warrant for, or consent to search, Anastasia Nixon's iCloud account or Travis Carr's iCloud account, nor did anyone involved in the investigation.

6. In September 2023, Burton Hunter provided me with a thumb drive containing documents related to Paul Harris' representation of the Carr family. The documents contained on that thumb drive also included text message communication between Anastasia Nixon and Travis Carr and were the same communications already provided to the FBI in May 2022.

7. At no point during the investigation did I view or obtain any text messages between Anastasia Nixon and Travis Carr that were dated prior to June 4, 2021.

8. To my knowledge, at no point during the investigation did anyone assisting in the investigation, including any Internal Revenue Service Criminal Investigation special agent, view or obtain any text messages between Anastasia Nixon and Travis Carr that were dated prior to June 4, 2021.

And further affiant sayeth naught.

_____
Michael Torbic
Special Agent
Federal Bureau of Investigation

Taken, sworn and subscribed before me this 18th day of February, 2026.

My commission expires: March 7, 2029



_____
Notary Public