IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                             **CRIMINAL ACTION NO. 5:25CR34**

PAUL J. HARRIS,

    **Defendant.**

### THE UNITED STATES OF AMERICA'S MOTION TO RESTRAIN DEFENDANT FROM DISSIPATING OR ENCUMBERING ASSETS

NOW COMES the United States of America, by Morgan S. McKee, Assistant United States Attorney for the Northern District of West Virginia, and files this Motion seeking to restrain Defendant, Paul J. Harris, along with any agents, representatives, co-owners or parties in possession from dissipating or encumbering assets.

The United States of America's position in support of this Motion is more fully set forth in the accompanying Memorandum.

                                        Respectfully submitted,

                                        MATTHEW L. HARVEY
                                        UNITED STATES ATTORNEY

By:    */s/ Morgan S. McKee*
        Morgan S. McKee
        Assistant United States Attorney
        W. Va. Bar # 12669
        United States Attorney's Office
        P. O. Box 591
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        (304) 234-0100
        Morgan.mckee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2026, I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record, and served a copy on the defendant via email, to Defendant Harris at harrislawofficeswhg@gmail.com, on the same date.

        Respectfully submitted,

        MATTHEW L. HARVEY
        UNITED STATES ATTORNEY

By:    */s/ Morgan S. McKee*
        Morgan S. McKee
        Assistant United States Attorney
        W. Va. Bar # 12669