IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.                                           CRIM. ACT. NO. 5:25-CR-34
                                                                       Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

## ORDER

Defendant's sentencing hearing is hereby **SCHEDULED** for **Monday, March 23, 2026, at 2:00 p.m.** For reasons appearing to this Court, the Government is hereby **ORDERED** to respond to defendant's objections to the Presentence Investigation Report on or before **Tuesday, March 17, 2026**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to provide a copy to the *pro se* defendant via the CM/ECF system.

**DATED:** March 10, 2026.

                                                                        JOHN PRESTON BAILEY
                                                                       UNITED STATES DISTRICT JUDGE