PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
## for the

### Northern District of West Virginia

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:**  U.S. Probation Office
Northern District of West Virginia
P.O. Box 248
Wheeling, WV 26003

[✓] **Original Notice**
**Date:** 06/12/2025
**By:** The Honorable James P. Mazzone

[✓] **Notice of Disposition**
**Date:** 03/23/2026
**By:** Honorable John Preston Bailey

Defendant:  Paul J. Harris
Date of Birth:
SSN:

Case Number:  5:25CR34
Place of Birth:  Wheeling, WV

**Notice of Court Order** (Order Date:  06/12/2025  )

[ ]  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓]  The above-named defendant surrendered passport number  A25699181  and/or passport card number _____ to the custody of the U.S. District Court on  06/12/2025  .

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ]  The above order of the court is no longer in effect.

[ ]  Defendant not convicted – Document returned to defendant.

[ ]  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[✓]  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court