FRAP/FORM 1 | USDC/APP-001 Notice of Appeal (11/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### AT WHEELING  ☑

**FILED**

APR   3 2026

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA,

Plaintiff,  ☑

**NOTICE OF APPEAL**

**CRIM. ACTION NO ☑ 5:25-CR-34**

v.

PAUL J. HARRIS

Defendant.  ☑

On this date, I (or we) PAUL J. HARRIS

Defendant  ☑ in the above named case hereby appeal(s) to the United States Court of Appeals for

the Fourth Circuit from the JUDGMENT

entered in this action on 03/24/2026       .

_Attorney for Appellant(s)_

PAUL J. HARRIS, PRO SE
34 ORCHARD RD.
WHEELING, WV 26003
(304) 312-0158